**Order entered April 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01020-CV

### IN RE: THE ESTATE OF CURTIS MCCARTY

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-21-03946-C**

### ORDER

By order dated March 4, 2022, we ordered the appeal be submitted without the reporter's record because appellant failed to provide written verification that she had requested the record. On April 1, appellant filed a document titled "Appellant's Brief" notifying the Court that she attempted to contact the reporter but the reporter did not return her calls. We construe appellant's document as a motion for the reporter's record. We **GRANT** the motion and order as follows.

We **VACATE** this Court's March 4, 2022 order. Because appellant has filed a statement of inability to pay costs and nothing in the record reflects that she has been ordered to pay costs, we **ORDER** Janet Wright, Official Court Reporter

for County Court at Law No. 3, to file the reporter's record of the trial held on October 22, 2021 on or before **May 10, 2022**.

Appellant's brief on the merits will be due within thirty days of the filing of the reporter's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wright and all parties.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE